UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    0:26-cv-60708-EA

JIEFENG YANG,

    Plaintiff,

v.

HARBORMOOR TECHNOLOGIES
INCORPORATED D/B/A ADMIRAL
TECHNOLOGIES INC. *et al.*,

    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

To:    Defendant:    Harbormoor Technologies Incorporated
                            d/b/a Admiral Technologies Inc.
        Registered Agent:    John Howie
                            2233 Florida Blvd
                            Delray Beach, Florida 33483

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:    (786) 924-9929
Fax:   (786) 358-6071
Email: dc@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 12, 2026

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Micky Quezada*
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:26-cv-60708-EA

JIEFENG YANG,

    Plaintiff,

v.

HARBORMOOR TECHNOLOGIES
INCORPORATED D/B/A ADMIRAL
TECHNOLOGIES INC. *et al.*,

    Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:    Defendant:    John Howie
2233 Florida Blvd
Delray Beach, Florida 33483

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:    (786) 924-9929
Fax:    (786) 358-6071
Email:  dc@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 12, 2026

Angela E. Noble
Clerk of Court

**SUMMONS**



*s/ Micky Quezada*
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:26-cv-60708-EA

JIEFENG YANG,

    Plaintiff,

v.

HARBORMOOR TECHNOLOGIES
INCORPORATED D/B/A ADMIRAL
TECHNOLOGIES INC. *et al.*,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To:    Defendant:    Neeraj Singhal
2233 Florida Blvd
Delray Beach, Florida 33483

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:    (786) 924-9929
Fax:    (786) 358-6071
Email:  dc@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 12, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Micky Quezada*
Deputy Clerk
U.S. District Courts